[No. 28530-1-I.   Division One.   August 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHERYL KAREN HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04640-7, Arthur E. Piehler, J., entered

June 5, 1991. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Pekelis, A.C.J., and Baker, J.